**Daniel R. JONES, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 2007–3054.**

United States Court of Appeals, Federal Circuit.

Jan. 16, 2007.

Daniel R. Jones, pro se.

### ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.

**Keith A. BRINTON (doing business as Diamond Heads), Plaintiff–Appellee,**

v.

**Ronald Joe LOGGANS (also known as Gonzo and doing business as Yourmachinist), Defendant–Appellant.**

**No. 2006–1611.**

United States Court of Appeals, Federal Circuit.

Jan. 17, 2007.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.